UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION - GREENEVILLE

| | | |
|---|---|---|
| SARAH ARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11-cv-00364 |
| | ) | |
| vs. | ) | |
| | ) | |
| WINDHAM PROFESSIONALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SARAH ARNETT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: __/s/ Shireen Hormozdi_____
    Shireen Hormozdi, Esq.
    Attorney for Plaintiff
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd.
    Suite 401
    Los Angeles, CA 90025
    Tel: (323) 988-2400 x 267
    Fax: (866) 861-1390
    shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I, Shireen Hormozdi, herby certify that on January 11, 2012, Plaintiff's Notice of Settlement was filed via the ECF System. A copy of said Notice was electronically served on Jennifer Kirby, opposing counsel of record, at JKirby@sdtlawyers.com.

By: __/s/ Shireen Hormozdi_____
    Shireen Hormozdi, Esq.
    Attorney for Plaintiff

2

NOTICE OF SETTLEMENT

Case 2:11-cv-00364-JRG-DHI   Document 4   Filed 01/11/12   Page 2 of 2   PageID #: 17