**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION - GREENEVILLE**

| | | |
|---|---|---|
| SARAH ARNETT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 11-cv-00364 |
| | ) | |
| vs. | ) | |
| | ) | |
| WINDHAM PROFESSIONALS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## VOLUNTARY DISMISSAL

SARAH ARNETT (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant

to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court

Order) voluntarily dismisses, with prejudice, WINDHAM PROFESSIONALS, INC.

(Defendant), in this case.

1

RESPECTFULLY SUBMITTED,

By: __/s/ Shireen Hormozdi_____
     Shireen Hormozdi, Esq.
     Attorney for Plaintiff
     Krohn & Moss, Ltd
     10474 Santa Monica Blvd.
     Suite 401
     Los Angeles, CA 90025
     Tel: (323) 988-2400 x 267
     Fax: (866) 861-1390
     shormozdi@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I, Shireen Hormozdi, herby certify that on February 7, 2012, 2012, Plaintiff's Voluntary Dismissal was filed via the ECF System. A copy of said Dismissal was electronically served on Jennifer Kirby, opposing counsel of record, at JKirby@sdtlawyers.com.

By: __/s/ Shireen Hormozdi_____
     Shireen Hormozdi, Esq.
     Attorney for Plaintiff

2